NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
STEPHEN M. LOBBIN
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037

ATTORNEY(S) FOR: Display Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Display Technologies, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-02681 |
| v. | |
| BOSS International Group, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff, Display Technologies, LLC__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patent Asset Management, LLC | Related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case. |

April 21, 2022     /s/ Stephen M. Lobbin
Date               Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Display Technologies, LLC